UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TRE'VON A. WOODARDS, <br> Plaintiff, | § § § | |
| | § | CIVIL ACTION NO. 4:22-CV-213-P |
| v. | § § | |
| APPLE, et al, <br> Defendants. | § § § | |

### FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

March 9, 2022, Plaintiff *pro se* Tre'Von A. Woodards ("Woodards") filed his Petition in a Tarrant County state court against a myriad of Defendants (collectively, "Defendants").[1] The case was removed to this District [doc. 1] on March 24, 2022, by Defendant United States Department of Health and Human Services ("HHS") and was referred to the undersigned the same day [doc. 6].

Previously, on August 19, 2020, United States District Judge Reed O'Connor issued an Order Accepting Findings, Conclusions and Recommendation of the United States Magistrate Judge, ordering the following:

> [Woodards] shall file no future civil action in this Court or continue any action that is removed to this Court unless he obtains leave from a judge of this Court to do so. [Woodards] shall attach a copy of this Order to any future filing requesting that a new case file be opened in this Court and to the first pleading that he files in any action removed to this Court.

---

[1] Woodards lists the following as Defendants: "Apple, Bandlab Technologies, Activision Blizzard Inc., Meta Platforms Inc., Instagram, Match Group Inc., Bigelow Management, Donald Trump, Joe Biden, Federal Clerks, Federal Judges (Northern District of Texas – Abilene Division/Fort Worth Division), Dallas Division Department of Public Safety, Board of Education, Health and Human Services, Denise Trauth, Texas State Faculty, Courtney Waldron, Arlington Memorial, Hendrix Hospital, Abilene Regional, Christus Santa Rosa Hospital – San Marcos, Laurel Ridge, Betty Hardwick, Euless Police, San Marcos Police, Texas State University Police, Hurst Police, Arlington Police, Dyes Air Force Base, Dallas Police, [and] Snap Inc." The Court notes that, as of the date of this Order, not all Defendants have returns on record showing service of process.

*Woodards v. Google, Corp.*, No. 4:20-cv-635-O, 2020 WL 4904735, at *1 (N.D. Tex. Aug. 19, 2020). In the instant case, Woodards wholly ignored the sanction bar placed upon him. When his state court petition was removed to this Court, he neither requested nor was granted leave of Court to continue the action. Woodards also failed to attach a copy of the order to his filings. As Woodards failed to comply with the sanction bar ordered by United States District Judge Reed O'Connor, all claims against each Defendant should be **DISMISSED**.

## RECOMMENDATION

Based on the foregoing, it is recommended that, pursuant to 28 U.S.C. § 1915(e), all claims in the above-styled and numbered cause against all named Defendants be **DISMISSED**.

## NOTICE OF RIGHT TO OBJECT TO PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATION AND CONSEQUENCES OF FAILURE TO OBJECT

Under 28 U.S.C. § 636(b)(1), each party to this action has the right to serve and file specific written objections in the United States District Court to the United States Magistrate Judge's proposed findings, conclusions and recommendation within fourteen (14) days after the party has been served with a copy of this document. The United States District Judge need only make a *de novo* determination of those portions of the United States Magistrate Judge's proposed findings, conclusions and recommendation to which specific objection is timely made. *See* 28 U.S.C. § 636(b)(1). Failure to file, by the date stated above, a specific written objection to a proposed factual finding or legal conclusion will bar a party, except upon grounds of plain error or manifest injustice, from attacking on appeal any such proposed factual findings and legal conclusions accepted by the United States District Judge. *See Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996), *modified by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending time to file objections to 14 days).

## ORDER

Under 28 U.S.C. § 636, it is hereby **ORDERED** that each party is granted until **May 24, 2022,** to serve and file written objections to the United States Magistrate Judge's proposed findings, conclusions and recommendation. It is further **ORDERED** that if objections are filed and the opposing party chooses to file a response, the response shall be filed within seven (7) days of the filing date of the objections.

It is further **ORDERED** that the above-styled and numbered action, previously referred to the United States Magistrate Judge for findings, conclusions and recommendation, be and hereby is returned to the docket of United States District Judge Mark Pittman.

SIGNED May 10, 2022.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE