UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**TRE'VON A. WOODARDS,**

   Plaintiff.

v.                                                                  No. 4:22-cv-0213-P

**APPLE, ET AL.,**

   Defendants.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On March 24, the instant case was removed to this Court and referred to United States Magistrate Judge Jeffrey L. Cureton. ECF No. 1. Many of the named Defendants have moved to apply the sanction bar that Plaintiff has on him, to dismiss Plaintiff's claims, or for other relief. *See, e.g.,* ECF Nos. 3, 8, 9, 11, 13, 15, 17, 20, 23–26. Magistrate Judge Cureton made Findings, Conclusions, and a Recommendation ("FCR") in this case on May 10, 2022. ECF No. 27. Plaintiff filed a Motion to Seek Leave to continue (ECF No. 28) but has not filed an objection to the FCR or its central conclusion that Plaintiff has not complied with his sanction bar nor has he sought leave to continue this action. Thus, the Magistrate Judge's FCR is ripe for review. The undersigned reviewed the FCR for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct.

Therefore, the Court **ADOPTS** the reasoning in the Magistrate Judge's FCR. Accordingly, Plaintiff's claims against all Defendants pending in this action are **DISMISSED without prejudice.**

**SO ORDERED** on this **25th day of May, 2022**.

Mark T. Pittman
United States District Judge